IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JUNGHOON KIM, | ) Case No. 09-33562 |
| | ) |
| Debtor. | ) Honorable Carol A. Doyle |
| | ) |

## FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Junghoon Kim (the "Debtor"), by her attorneys, Frank/Gecker LLP, respectfully presents this final report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Donald Dodge and American Auction Associates, Inc. and states as follows:

1. Pursuant to Court Order dated January 21, 2010 (the "Sale Order"), Trustee was authorized to employ Donald Dodge and American Auction Associates, Inc. (collectively, "Donald Dodge") as her auctioneer to liquidate the Debtor's vehicles, inventory, equipment or other items of value belonging to the Debtor (collectively, the "Sale Items") (see Exhibit A).

2. The attached Exhibit B, lists the dates and amounts of inventory sold.

3. The gross sales were $18,750.00

4. Donald Dodge received a buyer's commission not paid from the Debtor's estate of 10% of the sale price of the Vehicles, or $1,875.00.

5. Pursuant to the Sale Order, Donald Dodge was authorized reimbursement of his expenses and costs of the auction up to $5,000.00.

6. Donald Dodge incurred $1,439.76 in auction expenses (see Exhibit B), which were deducted from the Sale Proceeds. Therefore, the net sale proceeds were $17,310.24.

{TRUSTEE/001/00022683.DOC/ }

7.  The sale of Debtor's inventory has concluded and no equipment or inventory remains unsold.

Dated: October 27, 2009.

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of

By:    /s/    *Zane L. Zielinski*
          One of her attorneys

Zane L. Zielinski (ARDC #6278776)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{TRUSTEE/001/00022683.DOC/ }