## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KIM, JUNGHOON | § | Case No. 09-33562 CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/14/2011 in Courtroom 742,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois   60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/15/2011 _____          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KIM, JUNGHOON | § | Case No. 09-33562 CAD |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,754.10 |
| and approved disbursements of | $ | 7,502.58 |
| leaving a balance on hand of[1] | $ | 11,251.52 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $        2,020.41 | $        0.00 | $        2,020.41 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $        5,057.00 | $        0.00 | $        5,057.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $        8.08 | $        0.00 | $        8.08 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $        1,565.10 | $        0.00 | $        1,565.10 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $        14.20 | $        0.00 | $        14.20 |
| Other: INTERNATIONAL SURETIES, LTD. | $        12.82 | $ -      12.82 | $        0.00 |

Total to be paid for chapter 7 administrative expenses          $          8,664.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance                                       $                2,586.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,432.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $      4,983.54 | $      0.00 | $      245.86 |
| 000002 | American Express Bank, FSB | $    30,803.45 | $      0.00 | $    1,519.66 |
| 000003 | Fia Card Services, NA/Bank of America | $    16,645.99 | $      0.00 | $      821.21 |

Total to be paid to timely general unsecured creditors          $                2,586.73

Remaining Balance                                       $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
                                          Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 09-33562-CAD
Junghoon Kim                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 1          Date Rcvd: Mar 18, 2011
                              Form ID: pdf006           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2011.
db          +Junghoon Kim,    3408 Wilmette Avenue,    Wilmette, IL 60091-2068
aty         +James M Kelly,    Law Offices of James Kelly,    119 North Northwest Highway,
              Palatine, IL 60067-5324
aty         +William G Cross,    Frank/Gecker LLP,    325 N. LaSalle St., Suite 625,    Chicago, IL 60654-6465
aty         +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
15754872     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14431411    +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
14431412    +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
14431414    +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
14431415    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
14431417    +Hsbc/mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
14431408    +Kim Junghoon,    3408 Wilmette Avenue,    Wilmette, IL 60091-2068
14431409    +Law Offices of James M Kelly,    119 N Northwest Highway,    Palatine, IL 60067-5324
14431418    +National City Mortgage,    6 N Main St,    Dayton, OH 45402-1993

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: csmith@fgllp.com Mar 18 2011 22:37:43     Frances Gecker,    325 North LaSalle Street,
              Suite 625,    Chicago, IL 60654-6465
14431410     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 18 2011 22:38:47     American Honda Finance,
              2170 Point Blvd Ste 100,    Elgin, IL  60123
14431413     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 23:57:53     Discover Fin,    Pob 15316,
              Wilmington, DE  19850
15572294     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 23:57:53     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15856386     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2011 23:56:50
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14431419    +E-mail/Text: bnc@nordstrom.com Mar 18 2011 22:25:15     Nordstrom Fsb,    Po Box 6565,
              Englewood, CO 80155-6565
14431420    +Fax: 866-419-3894 Mar 18 2011 23:06:05     US Cellular,    PO Box 0203,    Palatine, IL 60078-0203
                                                                                          TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Frank/Gecker LLP
aty*        +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
14431416    ##+Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
                                                                             TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 20, 2011**                        **Signature:**   _____