# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
KIM, JUNGHOON                                   §        Case No. 09-33562 CAD
                                                §
                        Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Junghoon Kim |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Cred Po Box Box 542000 Omaha, NE  68154 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE  68154 | | | | | |
| | Harris N A Po Box 94034 Palatine, IL  60094 | | | | | |
| | National City Mortgage 6 N Main St Dayton, OH  45402 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| AUCTIONEER EXPENSES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL  60123 | | | | | |
| | Home Depot PO Box 689100 Des Moines, IA  50368 | | | | | |
| | Home Depot PO Box 689100 Des Moines, IA  50368 | | | | | |
| | Hsbc/mnrds 90 Christiana Rd New Castle, DE  19720 | | | | | |
| | Nordstrom Fsb Po Box 6565 Englewood, CO  80155 | | | | | |
| | US Cellular PO Box 0203 Palatine, IL  60055 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 09-33562   CAD   Judge: Carol A. Doyle |
| Case Name: | KIM, JUNGHOON |
| For Period Ending: | 05/25/11 |

| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 09/10/09 (f) |
| 341(a) Meeting Date: | 10/22/09 |
| Claims Bar Date: | 08/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3840 RUGEN ROAD, GLENVIEW, IL     Debtor Claimed Exemption | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH     Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 300.00 | 300.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 500.00 | 500.00 | DA | 0.00 | FA |
| 5. CLOTHING     Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 6. 2002 F450 60,000 MILES (DUMP TRUCK) NO LIENS     Debtor Claimed Exemption | 8,000.00 | 1,600.00 | | 8,000.00 | FA |
| 7. 2003 FORD 250 70,000 MILES (PICK UP TRUCK) NO LIEN | 6,000.00 | 6,000.00 | | 4,500.00 | FA |
| 8. 2004 E-350 70,000 MILES (CARGO VAN) NO LIENS | 7,000.00 | 7,000.00 | | 6,250.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.10 | Unknown |

TOTALS (Excluding Unknown Values)         $372,050.00         $15,400.00         $18,754.10

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 09-33562    CAD    Judge: Carol A. Doyle |
| Case Name: | KIM, JUNGHOON |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 09/10/09 (f) |
| 341(a) Meeting Date: | 10/22/09 |
| Claims Bar Date: | 08/09/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/10     Current Projected Date of Final Report (TFR): 03/01/11

/s/    Frances Gecker

_____ Date: 05/25/11

FRANCES GECKER

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

**Exhibit 9**

| | |
|---|---|
| Case No: | 09-33562  -CAD |
| Case Name: | KIM, JUNGHOON |
| Taxpayer ID No: | *******0501 |
| For Period Ending: | 05/25/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5586  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/10 | 6, 8 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Auctioneer | 1129-000 | 14,250.00 | | 14,250.00 |
| 03/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 14,250.09 |
| 04/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,250.44 |
| 05/06/10 | 7 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Auctioneer<br><br>      Memo Amount:        4,500.00<br>Sale of Ford Pick-up<br>      Memo Amount:      (      459.76 )<br>AUCTIONEER EXPENSES | <br><br>1129-000<br><br>3620-000 | 4,040.24 | | 18,290.68 |
| 05/28/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 18,291.11 |
| 06/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,291.57 |
| 07/23/10 | 001000 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL  60455 | Sale of 2 Vehicles Sale of Two Vehicles (Expenses) | 3620-000 | | 980.00 | 17,311.57 |
| 07/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.46 | | 17,312.03 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,312.48 |

Page Subtotals     18,292.48          980.00

Ver: 16.02b

FORM 2    Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-33562 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | KIM, JUNGHOON | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5586 MONEY MARKET |
| Taxpayer ID No: | *******0501 | | | |
| For Period Ending: | 05/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.43 | | 17,312.91 |
| 10/26/10 | 001001 | Junghoon Kim<br>3408 Wilmette Avenue<br>Wilmette, Illinois 60091 | Debtor's Exemption<br>Pursuant to Order dated 10/19/10.<br>Pursuant to Order dated 10/19/10. | 8100-002 | | 6,050.00 | 11,262.91 |
| 10/29/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.43 | | 11,263.34 |
| 11/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,263.63 |
| 12/31/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,263.92 |
| 01/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,264.21 |
| 02/08/11 | 001002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 12.82 | 11,251.39 |
| 02/28/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,251.48 |
| 03/15/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 11,251.52 |
| 03/15/11 | | Transfer to Acct #*******5210 | Final Posting Transfer | 9999-000 | | 11,251.52 | 0.00 |

| | | | | Page Subtotals | 1.86 | 17,314.34 | |

Ver: 16.02b

LFORM24

Page:    3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-33562 -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | KIM, JUNGHOON | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5586  MONEY MARKET |
| Taxpayer ID No: | *******0501 | | | |
| For Period Ending: | 05/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 4,500.00 | COLUMN TOTALS | | 18,294.34 | 18,294.34 | 0.00 |
|  |  | Memo Allocation Disbursements: | 459.76 | Less:  Bank Transfers/CD's | | 0.00 | 11,251.52 | |
|  |  | | | Subtotal | | 18,294.34 | 7,042.82 | |
|  |  | Memo Allocation Net: | 4,040.24 | Less:  Payments to Debtors | | | 6,050.00 | |
|  |  | | | Net | | 18,294.34 | 992.82 | |

Page Subtotals                    0.00                    0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                               Exhibit 9

| | |
|---|---|
| Case No: | 09-33562  -CAD |
| Case Name: | KIM, JUNGHOON |
| Taxpayer ID No: | *******0501 |
| For Period Ending: | 05/25/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5210  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/11 | | Transfer from Acct #*******5586 | Transfer In From MMA Account | 9999-000 | 11,251.52 | | 11,251.52 |
| 04/15/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,020.41 | 9,231.11 |
| 04/15/11 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603<br><br>Fees          1,365.10<br>Expenses         14.20 | Accountant for Trustee Fees (Other<br><br><br><br>3410-000<br>3420-000 | | | 1,379.30 | 7,851.81 |
| 04/15/11 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654<br><br>Fees          4,057.00<br>Expenses          8.08 | Attorney for Trustee Fees (Trustee<br><br><br><br>3110-000<br>3120-000 | | | 4,065.08 | 3,786.73 |
| 04/15/11 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 7% | 7100-000 | | 359.91 | 3,426.82 |
| 04/15/11 | 001004 | American Express Bank, FSB | Claim 000002, Payment 7% | 7100-000 | | 2,224.64 | 1,202.18 |

Page Subtotals            11,251.52            10,049.34

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-33562 -CAD | |
| Case Name: | KIM, JUNGHOON | |

Taxpayer ID No:   *******0501
For Period Ending:   05/25/11

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5210  GENERAL CHECKING |

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 3001 Malvern, PA 19355-0701 | | | | | |
| 04/15/11 | 001005 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000003, Payment 7% | 7100-000 | | 1,202.18 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 11,251.52 | 11,251.52 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 11,251.52 | 0.00 | |
| | | Subtotal | 0.00 | 11,251.52 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 11,251.52 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,500.00 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 459.76 | TOTAL - ALL ACCOUNTS | | | |
| | | MONEY MARKET - *******5586 | 18,294.34 | 992.82 | 0.00 |
| Total Memo Allocation Net: | 4,040.24 | GENERAL CHECKING - *******5210 | 0.00 | 11,251.52 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 18,294.34 | 12,244.34 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Page Subtotals            0.00            1,202.18

Ver: 16.02b

FORM 2

Page:    6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-33562  -CAD |
| Case Name: | KIM, JUNGHOON |
| Taxpayer ID No: | *******0501 |
| For Period Ending: | 05/25/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5210  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/    Frances Gecker

Date: _____

FRANCES GECKER

Page Subtotals            0.00            0.00

Ver: 16.02b